UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
------------------------------------------------X
SWEET ENDINGS, INC.,

        Plaintiff(s),                                Index No. 5:12-CV-616(NAM/TWD)

  -against-                                      AFFIDAVIT OF SERVICE

CHARLES CHAPPELL, et al.,

        Defendant(s).
------------------------------------------------X
STATE OF NEW YORK)
                  S.S.:
COUNTY OF ONEIDA  )

        MICHAEL BROSKI, being duly sworn, deposes and says that he is over the age of eighteen years, is an agent of METRO ATTORNEY SERVICE INC., and is not a party to this action.

        That on the 24th day of April, 2012, at approximately 12:04 pm, deponent served a true copy of the Summons in a Civil Action, Complaint and Filing Order upon Mary Chappell at 6500 E Seneca Turnpike, Jamesville, New York, by personally delivering and leaving the same with Mary Chappell at that address. At the time of service, deponent asked Mary Chappell whether she is in active military service for the United States of America or for any state in the United States in any capacity whatever and received a negative reply.

        Mary Chappell is a white female, approximately 55 years of age, stands approximately 5 feet 6 inches tall, and weighs approximately 150 pounds with short light brown hair.

_____
MICHAEL BROSKI

Sworn to before me this
24th day of April, 2012

_____
NOTARY PUBLIC

RICHARD T. PERONI
Notary Public in the State of New York
Qualified in Oneida County 01PE6188450
My Commission Expires June 9, 20___

Metro Attorney Service Inc. 305 Broadway 9th Floor New York New York 10007 212.822.1421 NYC DCA# 1320502