UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
------------------------------------------------X
SWEET ENDINGS, INC.,

        Plaintiff(s),                              Index No. 5:12-CV-616(NAM/TWD)

  -against-                                    AFFIDAVIT OF SERVICE

CHARLES CHAPPELL, et al.,

        Defendant(s).
------------------------------------------------X
STATE OF NEW YORK)
                          S.S.:
COUNTY OF ONEIDA  )

       MICHAEL BROSKI, being duly sworn, deposes and says that he is over the age of eighteen years, is an agent of METRO ATTORNEY SERVICE INC., and is not a party to this action.

       That on the 26th day of April, 2012, at approximately 2:58 pm, deponent served a true copy of the Summons in a Civil Action, Complaint and Filing Order upon Charles Chappell at 6500 E Seneca Turnpike, Jamesville, New York, by personally delivering and leaving the same with Heather Hartkopf, a person of suitable age and discretion at that address, the actual place of business.  At the time of service, deponent asked if Charles Chappell is in active military service for the United States of America or for the State in any capacity whatever and received a negative reply.

       Heather Hartkopf is a white female, approximately 55 years of age, stands approximately 5 feet 5 inches tall, weighs approximately 140 pounds with brown hair.

       That on the 27th day of April, 2012, deponent served another copy of the foregoing upon Charles Chappell by first class mail, by enclosing a true copy thereof in a securely sealed and postpaid wrapper with the words "PERSONAL AND CONFIDENTIAL" written on the same envelope, and not

indicating on the outside that it is from an attorney, and depositing the same into an official depository maintained by the Government of the United States, State of New York, addressed as follows:

Charles Chappell
c/o Sweet Endings Bakeshop
6500 E. Seneca Turnpike
Jamesville, New York 13078

_____
MICHAEL BROSKI

Sworn to before me this
27th day of April, 2012

_____
NOTARY PUBLIC

RICHARD T. PERONI
Notary Public in the State of New York
Qualified in Oneida County 01PE6188450
My Commission Expires June 9, 20_12_