UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

SWEET ENDINGS, INC.,

       Plaintiff,

v.

CHARLES CHAPPELL and MARY CHAPPELL d/b/a
SWEET ENDINGS BAKESHOP,

       Defendants.

**NOTICE OF APPEARANCE**

Case No.: 5:12-CV-606 (NAM/TWD)

**SIRS:**

       **PLEASE TAKE NOTICE**, that I appear herein for the Defendants in the above entitled proceeding.

Dated: May 8, 2012

       STUART J. LaROSE
       Attorney for Defendant
       Office and P.O. Address
       Suite 300
       307 South Clinton Street
       Syracuse, New York  13202-1265
       Tel: (315) 428-1000
       Fax: (315) 428-1002