AO 153 (Rev. 6/96)

| Name: STEELE, JR., J. RODMAN |
|---|

### OATH ON ADMISSION

I, _____J. Rodman Steele, Jr._____ , DO SOLEMNLY SWEAR (OR AFFIRM) THAT AS AN ATTORNEY AND AS A COUNSELOR OF THIS COURT I WILL CONDUCT MYSELF UPRIGHTLY AND ACCORDING TO LAW, AND THAT I WILL SUPPORT THE CONSTITUTION OF THE UNITED STATES.

| DATE: 6/4/12 | SIGNATURE: [signed] | BAR I.D. NO. |
|---|---|---|

AO 153 (Rev. 6/96)

| FIRM NAME | TEL. NO. |
|---|---|
| Duane Morris LLP | 561-962-2121 |

| FIRM ADDRESS |
|---|
| 2700 N. Military Trail, Ste 300 |

| CITY | STATE | ZIP CODE |
|---|---|---|
| Boca Raton | FL | 33431 |

### BELOW FOR OFFICE USE ONLY

| SWORN AND SUBSCRIBED BEFORE ME, | DATE |
|---|---|
| | |

| ADMITTED ON MOTION OF: (Movant) |
|---|
| |