Fillable PDF Form

UNITED STATES DISTRICT COURT FOR
THE NORTHERN DISTRICT OF NEW YORK

IN THE MATTER OF THE APPLICATION OF )
)
J. Rodman Steele, Jr. ) ORDER
)
)
TO BE ADMITTED TO THE UNITED STATES )
DISTRICT COURT FOR THE NORTHERN )
DISTRICT OF NEW YORK )
_____)

Upon fulfilling the requirements set forth in Local Rule 83.1 of the Northern District of New York, ____J. Rodman Steele, Jr.____ is hereby accepted for

☐ Permanent Admission to practice in the United States District Court for the Northern District of New York.

☒ Pro Hac Vice Admission to practice in the United States District Court for the Northern District of New York for the particular case of:
Sweet Endings, Inc. v. Chappell et al - 5:12-cv-00616-NAM-TWD.

IT IS SO ORDERED

Dated: 6/5/12

_____
☒ U.S. District Judge
☒ U.S. Magistrate Judge