**Stuart J. LaRose**
Attorney and Counselor-at-Law
307 South Clinton Street, Suite 300
Syracuse, New York 13202

Also admitted in Conn.

Phone: (315) 428-1000
Fax: (315) 428-1002

September 6, 2012

Hon. Therese Wiley Dancks
United States District Court
Northern District of New York
100 South Clinton Street
Syracuse, NY 13261-7436

    Re: Sweet Endings v. Chappell
        5:12-cv-00616-NAM-TWD

Dear Judge Dancks:

The above referenced matter is scheduled for a phone report on September 10, 2012. I will be out of the office on that date and in a full day meeting in New York City. I am requesting that the matter be adjourned until at least after September 12, 2012.

Since our last teleconference with the Court I have met further with Mr. Chappell. We did engage in a teleconference with Karen Chuang Kline on August 20, 2012, and discussed a number of issues pertaining to a possible resolution. At this time the matter still remains unsettled, although certain possibilities have been discussed.

                                            Very truly yours,

                                            Stuart J. LaRose, Esq.

SJL/dm
cc: J. Rodman Steele, Jr., Esq.

Historic Armory Square