**DUANE MORRIS** LLP
J. Rodman Steele, Jr.
2700 North Military Trail, Suite 300
Boca Raton, FL 33431-1808
Telephone: +1 561 962 2100
Fax: +1 561 962 2101
Attorneys for Plaintiff

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Sweet Endings, Inc., | : |
|         Plaintiff, | : |
| v. | : CIVIL ACTION NO. |
|   | : 5:12-cv-00616-NAM-TWD |
| Charles Chappell and Mary Chappell d/b/a Sweet Endings Bakeshop, | : |
|         Defendants. | : |

## STATUS REPORT

Pursuant to this Court's instructions of September 19, 2012, Plaintiff, Sweet Endings, Inc., provides the following status report for the Court.

Following the Status Conference held on September 19, 2012, Plaintiff's counsel contacted Defendants' counsel on September 21, 2012, September 26, 2012 and October 1, 2012, in an effort to resolve the remaining issues regarding domain name and website.

On October 4, 2012, Defendants responded to Plaintiff on the issues and Plaintiff responded to Defendants' counsel with a further proposal. Plaintiff and Defendants are still working on a settlement.

Therefore, the current status remains the same as previously stated to this Court at the September 19, 2012, Status Conference

- 2 -

Dated: October 5, 2012                                  **DUANE MORRIS LLP**

By: _____
J. Rodman Steele, Jr. (517559/*pro hac vice*)
E-mail:   jrsteele@duanemorris.com
2700 North Military Trail, Suite 300
Boca Raton, FL 33431-1808
Telephone: +1 561 962 2100
Fax: +1 561 962 2101

*Attorneys for Plaintiff Sweet Endings, Inc.*


### CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing Status Report was served via U.S. Mail and e-mail transmission on this 5th day of October, 2012 upon: Stuart J. LaRose, *Attorneys for Defendants,* 307 South Clinton Street, Suite 300, Syracuse, NY 13202 – email: slesq@aol.com.

_____
J. Rodman Steele, Jr.