**Stuart J. LaRose**
Attorney and Counselor-at-Law
307 South Clinton Street, Suite 300
Syracuse, New York 13202

Also admitted in Conn.

Phone: (315) 428-1000
Fax: (315) 428-1002

November 2, 2012

Hon. Therese Wiley Dancks
United States District Court
Northern District of New York
100 South Clinton Street
Syracuse, NY 13261-7367

    Re: Sweet Endings, Inc. v. Chappell et al
       5:12-cv-00616-NAM-TWD

Dear Judge Dancks:

As and for a status report, please be advised thaty I believe the above referenced matter has been settled by Stipulation. Counsel for Plaintiff have forwarded a proposed Settlement Agreement, which I have forwarded to my clients for their signature. Upon return receipt, we will forward to Plaintiff's counsel for their signature and filing with the Court. I have received the proposed Settlement Agreement on today's date and expect my clients to have signed copies back to me next week.

Thank you for your considerations in this matter.

Very truly yours,

*/s/ Stuart J. LaRose/*
Stuart J. LaRose, Esq.

SJL/dm
cc: J. Rodman Steele, Jr., Esq.

Historic Armory Square