IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF NEW YORK
_____

SWEET ENDINGS, INC.

                          Plaintiff,

                                                Civil Action No. 5:12-CV-0616
   vs.                                                         (NAM/TWD)

CHARLES CHAPPELL, ET AL.,

                          Defendants.
_____

APPEARANCES:                                  OF COUNSEL:

Duane, Morris  Law Firm                 Gregory P. Gulia, Esq.
1540 Broadway
New York, NY 10036
Attorney for Plaintiff

Duane, Morris  Law Firm                 J. Rodman Steele, Jr., Esq.
2700 North Military Trial, Suite 300
Boca Raton, FL 33431
Attorney for Plaintiff

Office of Stuart J. LaRose               Stuart J. LaRose, Esq.
307 South Clinton Street
Suite 300
Syracuse, NY 13202
Attorney for Defendants

**Norman A. Mordue, U.S. District Judge**

JUDGMENT DISMISSING ACTION
<u>BASED UPON SETTLEMENT</u>

     Pursuant to a report of Plaintiff's counsel (Dkt. No. 16) , the parties have entered into an

agreement in settlement of all claims in this action.  Accordingly, pursuant to N.D.N.Y.L.R.

68.2(a), it is hereby

     ORDERED, as follows:

1) The above captioned case is hereby **DISMISSED** in its entirety **without prejudice** to re-opening upon the motion of any party within thirty days of the date of the filing of this order upon a showing that the settlement was not consummated;

2) The dismissal of the above captioned case shall become **with prejudice** on the thirty-first day after the date of the filing of this order <u>unless</u> any party moves to re-open this case within thirty days of the date of filing of this order upon a showing that the settlement was not consummated.  Upon completion of settlement, the parties are directed to exchange general releases and file a **Stipulation of Discontinuance** with the Court that must include language **"<u>that no party hereto is an infant or incompetent</u>**" in compliance with N.D.N.Y.L.R. 41.3; and

3) The Clerk shall serve copies of this Judgment upon counsel in this matter by electronic means.

IT IS SO ORDERED

Date:   November 5, 2012

_____
Honorable Norman A. Mordue
U.S. District Judge